```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

ZINA HALFKENNY,

        Plaintiff,

  vs.                            Civil Action 2:11-CV-1145
                                     Judge Marbley
                                     Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

        Defendant.

## ORDER

On January 31, 2013, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed. *Report and Recommendation*, Doc. No. 15. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 154, is **ADOPTED AND AFFIRMED.** The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                    s/Algenon L. Marbley
                                                     Algenon L. Marbley
                                             United States District Judge